# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Nicole Lang** ) |  |
|     **Plaintiff,** ) |  |
| ) |  |
| v. ) | Docket No.  1:13-CV-00349-LM |
| ) |  |
| **Wal-mart Stores East, L.P.** ) |  |
|     **Defendant** ) |  |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**NOW COMES**, Nicole Lang, the Plaintiff in the above-captioned matter, by and through her attorney, Darlene M. Daniele, Esquire, and respectfully files this Objection to Defendant's Motion for Summary Judgment.  In support thereof, the Plaintiff states the following:

Plaintiff attaches her Memorandum of Law, and the Affidavit of Nicole Lang, in support of this Objection.

WHEREFORE, the Plaintiff respectfully requests:

A.   That this Court deny the Defendant's Motion for Summary Judgment; and

B.   For such other and further relief as this Court deems just and reasonable.

                                              Respectfully submitted,
                                              Nicole Lang,
                                              By her attorney,

Dated: January 23, 2015                */s/ Darlene M. Daniele*
                                              Darlene M. Daniele,
                                              NH Bar ID 2820
                                              Salem Legal Services, LLC
                                              45 Stiles Road, Unit 212
                                              Salem, NH  03079
                                              T-(603) 898-4383
                                              F-(603)-898-5210

## CERTIFICATE OF SERVICE

I, Darlene M. Daniele, Esquire, hereby certify that on this 23rd day of January, 2015, I caused this Objection, Memorandum of Law, and Affidavit of Nicole R. Lang to be served upon all interested parties by the Court's ECF email.

                                              */s/Darlene M. Daniele*
                                              Darlene M. Daniele